UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

In re: Ozean Tucker   Case No. 11-11429
                     Sec. B
                     Chapter 13

## MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES AND CHAPTER 13 PLAN

On motion of the debtor, Ozean Tucker, and on suggesting to this Honorable Court that she on May 4, 2011, she filed an Emergency Chapter 13 petition for bankruptcy, and now requires additional time to retain legal counsel and additional time in which to files the remaining schedules and Chapter 13 plan, both of which are currently due on May 18, 2011. Therefore, Debtor respectfully requests that the Court grant an additional 30 days from this date, or until, _____, of _____, 2011, in which to file the remaining schedules and Chapter 13 plan. This is Defendants' first motion for an extension.

Date: 5-16-11

Respectfully submitted:

_____
Ozean Tucker
3740 Sue Ker Drive
Harvey, Louisiana 70058
(504) 346-0415

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

In re: Ozean Tucker

Case No. 11-11429
Section: "B"
Chapter 13

## CERTIFICATE OF SERVICE

     I hereby certify that on May 16, 2011, I filed a Motion for Extension of Time to File Schedules and Chapter 13 Plan with the Clerk of Court, as well as this Certificate of Service, by U.S. Mail, properly addressed and prepaid postage to all of the following interested parties:

US Bank Home Mortgage
17500 Rockside Road
P.O. Box 468002
Bedford, OH 44146

Date: 5-16-11

Respectfully submitted:

_Ozean Tucker_
Ozean Tucker
3740 Sue Ker Drive
Harvey, Louisiana 70058
(504) 346-0415